UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| RANDOLPH LOGAN, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:07cv41 |
| ) | |
| WYNDHAM VACATION RESORTS, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATED DISMISSAL ORDER

**COMES THIS DAY** the Plaintiff Randolph Logan, III and Defendant Wyndham Vacation Resorts, Inc., to move this Court to dismiss all allegations contained in the Plaintiff's Complaint. The parties agree to waive any claim they may have for costs and attorney's fees associated with this matter.

**IT APPEARING** that the parties have agreed that this matter should be dismissed with prejudice, it is hereby **ORDERED** that this matter shall be dismissed with prejudice.

The Court directs the Clerk to file the papers in this matter among the ended causes and to send an attested copy of the Order to all counsel of record.

ENTERED: 12/27/07

Raymond A. Jackson
United States District Judge
Judge

WE ASK FOR THIS:

_____
Andrew J. Mulcunry
Virginia State Bar No. 65768
Counsel for Defendant, Wyndham Vacation Resorts, Inc.
WILLIAMS MULLEN, P.C.
P.O. Box 1320
Richmond, Virginia 23218-1320
Telephone: (804) 643-1991
Facsimile: (804) 783-6507
amulcunry@williamsmullen.com


_____
Christopher Colt North
Virginia State Bar No. 16955
Counsel for Plaintiff, Randolph Logan, III
Law Offices of Christopher C. North
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Tel: (757) 873-1010
Fax: (757) 873-8375
cnorthlaw@aol.com

1541201v1